IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLIM MANAI,<br><br>        Plaintiff,<br><br>v.<br><br>MATHEW CATES,<br><br>        Defendant.<br>_____/ | No. C 12-04399 CRB<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AN AMENDED HABEAS PETITION, OR, IN THE ALTERNATIVE, A MEMORANDUM OF POINTS AND AUTHORITIES** |

    Counsel for Petitioner Slim Manai filed a notice of appearance with the Court on February 11, 2013; prior to that, Petitioner had proceeded *pro se*. See dkt. 8. Petitioner now seeks leave to file an amended habeas petition, or a memorandum of points and authorities in support of his original petition, with the assistance of counsel. See dkt. 9. Good cause appearing therefor, the Court GRANTS Petitioner's Motion; the amended petition is due by June 17, 2013.

**IT IS SO ORDERED.**

Dated: February 26, 2013

                                                CHARLES R. BREYER
                                                UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\4399\order re amended petition.wpd