1  STEVEN G. KALAR
   Federal Public Defender
2  DIANA GARRIDO
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700
   Telefacsimile: (415) 436-7706
5
   Counsel for Petitioner MANAI
6

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12 SLIM MANAI,                    )
                  Petitioner,     )
13                                )   No. CR-12-4399 CRB (PR)
   v.                             )
14                                )   PETITIONER'S MOTION TO EXTEND
                                  )   TIME TO FILE AN AMENDED PETITION,
15 E. VALENZUELA, Warden,         )   OR, IN THE ALTERNATIVE, A
                                  )   MEMORANDUM OF POINTS AND
16                Respondent.     )   AUTHORITIES
   _____)

17
         On February 26, 2013, this Court granted Mr. Manai's motion for leave to file an
18
   amended habeas petition, or, in the alternative, a memorandum of point and authorities. The
19
   Court set the filing date for June 17, 2013. Recent developments compel the Federal Public
20
   Defender's Office to request an extension of the filing due date.
21
         Undersigned counsel recently informed Federal Defender Kalar of her resignation.
22
   Counsel will return to the Office of the Public Defender in the County of Contra Costa. Because
23
   of sequestration, Mr. Kalar is unable to hire a replacement for undersigned counsel, or for
24
   another Assistant Federal Public Defender in San Jose who has recently announced his
25
   retirement. All of undersigned counsel's other cases are accordingly being reassigned to the
26
   Criminal Justice Act Panel.
27
         Mr. Kalar is currently evaluating whether the case can be assigned to an Assistant
28

*Pet.'s Motion to Extend Time to File*, No. CR 12-4399    1

1  Federal Public Defender in another office outside of the San Jose division. If the case is
2  reassigned, that AFPD will need time to learn the case, review the briefing that has been done
3  thus far, contact Petitioner, and assume litigation responsibilities. Similarly, if the case is
4  paneled to CJA counsel that attorney will need additional time before an amended petition or a
5  memorandum is filed.

6  In addition, during undersigned counsel's work on the case several issues have been
7  identified that require additional investigation before an amended habeas petition, or
8  memorandum of points and authorities, can be filed. That investigation will continue while the
9  issue of counsel is resolved.

10  The Court will recall that the Petitioner is currently serving two life sentences. Mr.
11  Manai's habeas petition raises complex issues of constitutional and habeas law. A continuance
12  would provide Mr. Manai's new counsel with adequate time to effectively defend Petitioner, and
13  would not prejudice Mr. Manai or the Respondent. As of the time of filing the instant motion,
14  respondent's counsel has not responded to phone calls or emails notifying Respondent of
15  undersigned counsel's intent to request this extension.

16  The undersigned counsel accordingly respectfully request that this Court grant a six-
17  month continuance. Defender support staff that have been assigned to Mr. Manai's case are
18  continuing to work on his habeas petition. A notice of new counsel will be filed as soon as is
19  practicable, and new counsel for Mr. Manai will then file a status memorandum with the Court.

21  Dated: June 13, 2013

Respectfully submitted,

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/s

DIANA A. GARRIDO
Assistant Federal Public Defender

*Pet.'s Motion to Extend Time to File*, No. CR 12-4399   2

[Proposed] **ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the briefing schedule for the petitioner's petition for a writ of habeas corpus shall be as follows:

Petitioner's petition shall be filed no later than December 17, 2013.

IT IS SO ORDERED.

Dated: June 20, 2013



_____
THE HONORABLE BREYER
United S...