United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLIM MANAI, | No. C 12-04399 CRB |
|     Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| MATHEW CATES, | |
|     Defendant.                  / | |

      Petitioner Slim Manai, a state prisoner incarcerated at the California Men's Colony State Prison in San Luis Obispo, California, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254. See generally Petition (dkt. 17). Petitioner was convicted of first degree burglary of a home with intent to commit a felony, oral copulation against the victims' will(s), sexual battery using physical restraint, assault with a deadly weapon, criminal threat, and assault with a deadly weapon. Id. at 3, 16. Petitioner argues that there are four grounds for relief: (1) that the trial court erred in precluding the defense from inquiring into evidence that the complaining witnesses were involved in a romantic relationship; (2) that the trial court's refusal to replace a biased juror denied Petitioner his right to an impartial jury; (3) that the trial court's admission of evidence of Petitioner's foreign crime violated his right to a fair trial; and (4) that the cumulative effect of the trial court's errors denied him his right to a fair trial. Id. at 19-58.

This court may entertain a petition for a writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). It shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." Id. § 2243.

Good cause appearing therefor, the Government is hereby ORDERED to file an opposition to Petitioner's motion within 60 days of this Order. Petitioner may file a response within 30 days thereafter, if he wishes to do so.

**IT IS SO ORDERED.**

Dated: December 17, 2013

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE