1  STEVEN G. KALAR
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700
   Telefacsimile: (415) 436-7706
5
   Counsel for Petitioner

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SLIM MANAI, | No. C 12-04399 CRB |
| Petitioner, | STIPULATION AND QTF GT CONTINUING BRIEFING SCHEDULE ON RESPONDENT'S MOTION TO DISMISS HABEAS CORPUS PETITION AS UNTIMELY |
| v. | |
| MATHEW CATES, Warden, | |
| Respondent. | Honorable Charles R. Breyer |

On June 23, 2014, Respondent filed a motion to dismiss Petitioner's habeas corpus petition as untimely. This Court ordered that Petitioner's response by filed by July 7, 2014, and any replies be filed by July 14, 2014. The motion hearing is currently scheduled for August 8, 2014. Unfortunately, due to previously-scheduled vacations, undersigned counsel are unavailable for significant periods of time during the briefing schedule. Accordingly, the parties stipulate and jointly request that the Court continue the briefing schedule as follows: Petitioner's response shall be due by July 25, 2014; the Respondent's reply shall be due by August 8, 2014; the motion hearing shall be set for August 42, 2014,"cv'4<22'r Ѡ 0

IT IS SO STIPULATED.

                                            KAMALA HARRIS
                                            Attorney General of California
                                            PHILLIP LINDSAY
                                            Supervising Deputy Attorney General

DATED:    June 27, 2014            _____/s/_____
                                            SARA TURNER
                                            Deputy Attorney General
                                            Attorneys for Respondent

DATED:    June 27, 2014            _____/s/_____
                                            DANIEL P. BLANK
                                            Assistant Federal Public Defender
                                            Attorney for Petitioner

IT IS SO ORDERED.

DATED:"Lwpg"49."4236"""""           _____
                                            CHARLES R. BREYER
                                            United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

1