IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SLIM MANAI, F-98219,

    Petitioner,

  v.

ELVIN VALENZUELA, Acting Warden,

    Respondent.

No. C 12-4399 CRB

**ORDER AMENDING ORDER DENYING PETITION FOR A WRIT OF HABEAS CORPUS**

The Court hereby amends its Order Denying Petition for Writ of Habeas Corpus (dkt. 40) as follows. Page 46 lines 4-7 should read: "Pursuant to Rule 11 of the Rules Governing Section 2254 Cases, a certificate of appealability (COA) under 28 U.S.C. § 2253(c) is GRANTED as to Petitioner's claim that the trial court violated his Sixth Amendment right to confrontation and his Due Process right to present a full defense by precluding him from either inquiring into or presenting testimonial evidence of an alleged intimate relationship between the two complaining witnesses."

**IT IS SO ORDERED.**

Dated: May 5, 2015

CHARLES R. BREYER
United States District Judge